UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRAVIS BOWLES,<br><br>                  Petitioner,<br>    v.<br><br>ISIDRO BACA, *et al.*,<br><br>                  Respondents. | Case No. 3:18-cv-00272-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' motion for enlargement of time (ECF No. 9) is granted. Respondents will have until November 9, 2018, to file a response to the petition for writ of habeas corpus in this case.

DATED THIS 10th day of September, 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE