UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRAVIS BOWLES,<br><br>　　　　　　　　　Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br>　　　　　　　　　Respondents. | Case No. 3:18-cv-00272-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' second motion for enlargement of time (ECF No. 11) is granted. Respondents will have until December 9, 2018, to file a response to the petition for writ of habeas corpus in this case.

DATED THIS 7th day of November 2018.

　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE