# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRAVIS BOWLES,<br><br>Petitioner,<br>v.<br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:18-cv-00272-MMD-WGC<br><br>ORDER |

Before the Court is Petitioner Travis Bowles's Letter (ECF No. 26). He states that he never received a copy of the July 9, 2018 Order (ECF No. 3), and asks the Clerk of Court to send him a copy of the order and the current docket sheet. The Court grants his copy request and instructs the Clerk's office to mail him one copy of the July 9, 2018 Order (ECF No. 3) and the current docket sheet. Any future request for free copies or an increase in copy work limit must be submitted in a motion demonstrating good cause and a specific need.

DATED THIS 24th day of July 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE